333

HAROLD E. McMANN d/b/a ILLINI MOVING AND STORAGE, Claimant, *vs.* STATE OF ILLINOIS, GOVERNORS OFFICE OF HUMAN RESOURCES, Respondent.

Opinion filed April 8, 1974.

HAROLD E. McMANN d/b/a ILLINI MOVING AND STORAGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

IVAN L. FORD, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 8, 1974.*

IVAN L. FORD, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.